**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 12-CV-14120-Moore/Lynch

JOSEPH DUBECKY,

    Plaintiff,

v.

ACCOUNTS RECEIVABLE MANAGEMENT, INC.,

    Defendant.

_____/

**NOTICE OF SETTLEMENT**

    Plaintiff, JOSEPH DUBECKY (hereinafter referred to as "Plaintiff"), through undersigned counsel, hereby notifies the Court that a settlement has been reached in the instant matter.

Dated: August 28, 2012                   Respectfully submitted,

                                          s/ J. Dennis Card, Jr.
                                          J. Dennis Card, Jr., Esq.
                                          E-mail: Dcard@cardandglenn.com
                                          Florida Bar No. 0487473
                                          Consumer Law Organization, P.A.
                                          2501 Hollywood Boulevard, Suite 100
                                          Hollywood, Florida 33020
                                          Telephone: (954) 921-9994
                                          Facsimile: (954) 921-9553
                                          Attorney for Plaintiff

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 28, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

/s J. Dennis Card, Jr.

## SERVICE LIST

Dale T. Golden, Esquire
Florida Bar No.: 0094080
Email: dale.golden@goldenscaz.com
GOLDEN & SCAZ, PLLC
201 North Armenia Avenue
Tampa, FL 33609
Telephone: 813-251-5500
Attorneys for Defendant
Served via CM/ECF