UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-CV-14120-Moore/Lynch

JOSEPH DUBECKY,

    Plaintiff,

v.

ACCOUNTS RECEIVABLE MANAGEMENT, INC.,

    Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Having amicably resolved all matters in controversy and pursuant to Federal Rule of Civil Procedure 41(a), the parties to this action submit this Joint Stipulation of Dismissal with prejudice with each party to bear its own attorneys' fees and costs.

Dated: September 5, 2012          Respectfully submitted,

| | |
|---|---|
| s/ J. Dennis Card, Jr._____ | s/ Dale T. Golden_____ |
| J. Dennis Card, Jr., Esq. | Dale T. Golden, Esquire |
| E-mail: Dcard@Consumerlaworg.com | Florida Bar No.: 0094080 |
| Florida Bar No. 0487473 | Email: dale.golden@goldenscaz.com |
| Card & Glenn, P.A. | GOLDEN & SCAZ, PLLC |
| 2501 Hollywood Boulevard, Suite 100 | 201 North Armenia Avenue |
| Hollywood, Florida 33020 | Tampa, FL 33609 |
| Telephone: (954) 921-9994 | Telephone: 813-251-5500 |
| Facsimile: (954) 921-9553 | Attorneys for Defendant |
| Attorneys for Plaintiff | |

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on September 5, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

                                      /s J. Dennis Card, Jr.

## SERVICE LIST

Dale T. Golden, Esquire
Florida Bar No.: 0094080
Email: dale.golden@goldenscaz.com
GOLDEN & SCAZ, PLLC
201 North Armenia Avenue
Tampa, FL 33609
Telephone: 813-251-5500
Attorneys for Defendant
Served via CM/ECF